HON. JAMAL N. WHITEHEAD
Motion Date: September 14, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE BLACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC. dba OLIVE GARDEN, a foreign profit company; JOHN/JANE DOES I-V; CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:25-cv-02260-JNW<br><br>STIPULATED MOTION AND ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE<br><br>Motion date: September 14, 2026 |

## I. STIPULATION

For good cause shown and pursuant to Federal of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the parties respectfully request that this Court enter an order setting a new case schedule and trial date.

For good cause shown and with the Court's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties



**BAKER STERCHI COWDEN & RICE, LLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Johnson*, 975 F.2d at 609.

Counsel for the parties conferred and agree that good cause exists as set forth below to grant the relief requested:

1. Defendant GMRI, Inc. removed this action to federal court on November 12, 2025 (Dkt. 1).

2. Defendant GMRI, Inc. answered the Complaint on November 18, 2025 (Dkt. 6).

3. The parties conferred and filed their Joint Status Report and Discovery Plan on March 19, 2026 (Dkt. 8).

4. The parties exchanged Initial Disclosures on March 13, 2026.

5. The Court issued its Order Setting Trial Date and Related Dates on April 28, 2026 (Dkt. 9).

6. Defendant GMRI, Inc. propounded first set of discovery to Plaintiff and subpoena for documents to Plaintiff's husband on July 7, 2026 receiving answers and responses on August 24, 2026.

7. The parties would also like more time to conduct discovery as to the issue of damages and will need to take depositions, including deposition of the Plaintiff.



**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Given the above referenced facts, the parties stipulate that good cause exists to set a new case schedule and trial date in this matter. The parties now jointly move the Court for an order to that effect.

Therefore, it is stipulated and agreed as follows a new case schedule and trial date shall be set as follows[1]:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joining additional parties | September 14, 2026 | December 14, 2026 |
| Filing amended pleadings | September 14, 2026 | December 14, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2)[2] | September 14, 2026 | December 14, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | within 30 days after other party's expert disclosure | within 30 days after other party's expert disclosure |
| All motions related to discovery must be filed by | October 14, 2027 | January 13, 2027 |
| Discovery completed by | November 13, 2026 | February 12, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | December 14, 2026 | March 15, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | February 11, 2027 | May 13, 2027 |
| All motions in limine must be filed by | March 3, 2027 | June 2, 2027 |
| Deposition Designations must be submitted to the Court by | March 22, 2027 | June 21, 2027 |
| Agreed pretrial order due | March 22, 2027 | June 21, 2027 |
| Trial briefs must be filed by | March 29, 2027 | June 28, 2027 |
| Pretrial conference | April 5, 2027 | July 2, 2027 |
| Bench trial (5 days) | April 12, 2027 | July 12, 2027 |

[1] The following dates are proposed, subject to the Court's availability. Defendants respectfully request that the trial not be set prior to July 12, 2027.

[2] Given the status of discovery, the parties respectfully request that this deadline be continued notwithstanding that it may have run by the date this motion is noted.



BAKER STERCHI COWDEN & RICE, LLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

It is so stipulated through counsel of record on this 14th day of September, 2026.

BAKER STERCHI COWDEN & RICE, LLC

s/ John W. Barry
MEGAN M. COLUCCIO, WSBA #44178
JOHN W. BARRY, WSBA #55661
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Tel: 206-957-9669
Email: megan.coluccio@bakersterchi.com;
john.barry@bakersterchi.com
Attorneys for Defendant GMRI, Inc.

PHILLIPS LAW FIRM

s/ Douglas Weinmaster
DOUGLAS WEINMASTER, WSBA #28225
S. CHRISTINE KIM, WSBA #42993
12100 NE 195th Street, Suite 150
Bothell, WA 98011
Email: dweinmaster@justiceforyou.com
ckim@justiceforyou.com
litigation@justiceforyou.com
Attorneys for Plaintiff

## II. ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the following trial date and case schedule shall be set:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joining additional parties | September 14, 2026 | December 14, 2026 |
| Filing amended pleadings | September 14, 2026 | December 14, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 14, 2026 | December 14, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | within 30 days after other party's expert disclosure | within 30 days after other party's expert disclosure |
| All motions related to discovery must be filed by | October 14, 2027 | January 13, 2027 |
| Discovery completed by | November 13, 2026 | February 12, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | December 14, 2026 | March 15, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | February 11, 2027 | May 13, 2027 |



**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| Event | Current Deadline | New Deadline |
|---|---|---|
| All motions in limine must be filed by | March 3, 2027 | June 2, 2027 |
| Deposition Designations must be submitted to the Court by | March 22, 2027 | June 21, 2027 |
| Agreed pretrial order due | March 22, 2027 | June 21, 2027 |
| Trial briefs must be filed by | March 29, 2027 | June 28, 2027 |
| Pretrial conference | April 5, 2027 | July 2, 2027 |
| Bench trial (5 days) | April 12, 2027 | July 19, 2027 |

Entered this 16th day of September, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE

Presented by:

BAKER STERCHI COWDEN & RICE, LLC

*s/ John W. Barry*

MEGAN M. COLUCCIO, WSBA #44178
JOHN W. BARRY, WSBA #55661
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Tel: 206-957-9669
Email: megan.coluccio@bakersterchi.com; john.barry@bakersterchi.com
Attorneys for Defendant GMRI, Inc.

PHILLIPS LAW FIRM
s/ Douglas Weinmaster
DOUGLAS WEINMASTER, WSBA #28225
S. CHRISTINE KIM, WSBA #42993
12100 NE 195th Street, Suite 150
Bothell, WA 98011
Email: dweinmaster@justiceforyou.com;
ckim@justiceforyou.com; litigation@justiceforyou.com
Attorneys for Plaintiff